**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:                                                                Case No. 2:20-bk-08857-FMD
                                                                      Chapter 11

**SARA JENNIFER POMEROY AND**
**ERIC DOUGLAS POMEROY,**

      Debtors.
_____/

**MOTION TO CONTINUE ALL MATTERS SCHEDULED**
**FOR HEARING ON JUNE 24, 2021**

SARA JENNIFER POMEROY and ERIC DOUGLAS POMEROY (the "**Debtors**"), by their undersigned counsel hereby files this Motion to Continue All Matters Scheduled for Hearing on June 24, 2021 at 10:30 a.m., and in support thereof states as follows:

1.  On December 2, 2020, the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code.

2.  On January 28, 2021, the Debtors filed a Chapter 11 Plan of Reorganization and a hearing on confirmation of the plan, together with related matters are presently scheduled for hearings before the Court on June 24, 2021, as have been continued from May 25, 2021.

3.  The Debtors and certain creditors have been engaged in on-going good faith negotiations in an effort to achieve a consensual confirmation of the plan of reorganization. The negotiations have not been finalized, in some instances await third party approval and if successful will require approval by way of appropriate motion filed with the Court on notice to creditors.

4.  On June 18, 2021, the Debtors' filed a motion seeking approval of a settlement with CAR BRD WI New Berlin LLC and CAR BRD WI Jane LLC (the "Cars Parties"). the Cars entities (D.E. 249). The motion has not been set for hearing and is a critical component to resolving a multitude of pending matters and confirmation of the Debtors' case. Similarly, the

Debtors' have reached an agreement in principle as to the terms of settlement with Byline Bank which awaits approval from the Small Business Administration. The Debtors have also undertaken discussions with the Wisconsin Department of Taxation as to a pending claim objection, its response thereto and discovery propounded. The Debtors have also been in contact with the Internal Revenue Service concerning a pending claim objection and objection to confirmation of the plan. Lastly, the Debtors do intend to file an amended plan to reflect the progress achieved since filing their original plan in January. Therefore, the Debtors request additional time of approximately 30 days within which to conclude discussions and file an amended plan and motions, if necessary. If possible, the Debtors seek to continue hearings to the week of July 26th or as soon as practical thereafter.

5. Counsel for Harley Davidson Credit Corporation, Byline Bank and the Cars Parties, which have pending matters before the Court, have no objection to the relief sought herein. This motion is being filed for good cause and not for dilatory purposes. Further, no party will be prejudiced by the relief requested herein.

**WHEREFORE**, the Debtors respectfully requests that the Court enter an Order granting this Motion, continuing all matters presently scheduled for hearing on June 24, 2021 and for such other and further relief the Court deems necessary.

Respectfully submitted,

**SHAPIRO LAW**

By: /s/ Peter E. Shapiro
　　Peter E. Shapiro (FBN 615511)
8551 West Sunrise Boulevard, Suite 300
Plantation, Florida 33322
T: 954-315-1157
Email: pshapiro@shapirolawpa.com

2

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM\ECF. I certify that certify the foregoing was served via CM\ECF on June 22, 2021 to:

Marguerite Lee DeVoll on behalf of Creditor CAR BRD WI Berlin, LLC
mdevoll@WattTieder.com

Marguerite Lee DeVoll on behalf of Creditor CAR BRD WI Jane, LLC
mdevoll@WattTieder.com

Kathleen L DiSanto on behalf of Creditor CAR BRD WI Berlin, LLC
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Kathleen L DiSanto on behalf of Creditor CAR BRD WI Jane, LLC
kdisanto@bushross.com, bnkecf@bushross.com;ksprehn@bushross.com

Bert Echols, III on behalf of Creditor TD Auto Finance, LLC c/o Bert Echols Esq
bechols@evanspetree.com, sbruce@evanspetree.com

Daniel C Fleming on behalf of Creditor Harley-Davidson Credit Corporation
dfleming@wongfleming.com,
jeffrey@needlelaw.com;jmarrazo@wongfleming.com;rhomer@wongfleming.com

Christian G Haman on behalf of Creditor Thomas Deau
chaman@dallagolaw.com, kim@dallagolaw.com

Debra Jackson
djjtrustee1@gmail.com

Jennifer L Kneeland on behalf of Creditor CAR BRD WI Berlin, LLC
jkneeland@WattTieder.com

Jennifer L Kneeland on behalf of Creditor CAR BRD WI Jane, LLC
jkneeland@WattTieder.com

Benjamin E. Lambers on behalf of U.S. Trustee United States Trustee - FTM
Ben.E.Lambers@usdoj.gov

David C Moore on behalf of Creditor J.M. Kutter Properties LLC
dmoore@nowlan.com

Michael D. Morris on behalf of Creditor Wisconsin Dept of Revenue
morrismd@doj.state.wi.us, kennedyms@doj.state.wi.us

John N Muratides on behalf of Creditor C/o John Muratides CFF Collection, LLC
jmuratides@stearnsweaver.com, lwade@swmwas.com

Jeffrey J Needle on behalf of Creditor Harley-Davidson Credit Corporation
jeffrey@needlelaw.com

Shannon M. Puopolo on behalf of Creditor Byline Bank
shannon.puopolo@henlaw.com, denise.lunsford@henlaw.com;nickie.stewart@henlaw.com

William R. Pursell on behalf of Creditor Wisconsin Dept of Revenue

pursellw@dor.state.fl.us, wrpursell@comcast.net

Chad C Spraker on behalf of Creditor United States (Internal Revenue Service)
chad.spraker@usdoj.gov,
Beverly.Lanier@usdoj.gov;Renee.Erhardt@usdoj.gov;usaflm.ecf@usdoj.gov;tpadocket.mailbox@usdoj.gov

United States Trustee - FTM
USTPRegion21.TP.ECF@USDOJ.GOV

                           /s/  *Peter E. Shapiro*
                               Peter E. Shapiro